No. 106. WILSON-MOLINE BUGGY COMPANY, PLAINTIFF IN ERROR, *v.* C. B. E. HAWKINS. . In error to the Supreme Court of the State of Kansas. Submitted for the plaintiff in error December 11, 1911. Decided December 18, 1911. *Per Curiam.* Judgment reversed. *International Textbook Company* v. *Pigg,* 217 U. S. 91. *Mr. Almon W. Bulkley* and *Mr. C. E. More* for the plaintiff in error. No appearance for the defendant in error.

No. 114. THE PITTSBURGH, CINCINNATI, CHICAGO & ST. LOUIS RAILWAY COMPANY, PLAINTIFF IN ERROR, *v.* THE STATE OF INDIANA. In error to the Supreme Court of the State of Indiana. Argued and submitted December 15, 1911. Decided December 18, 1911. *Per Curiam.* Judgment affirmed with costs. *Chicago, R. I. & Pac. Ry. Co.* v. *Arkansas,* 219 U. S. 453. *Mr. Samuel O. Pickens* and *Mr. Lawrence Maxwell* for the plaintiff in error. *Mr. James Bingham, Mr. Martin M. Hugg* and *Mr. Thomas M. Honan* for the defendant in error.

No. —. Original. *Ex parte:* IN THE MATTER OF LOUIS CELLA ET AL., PETITIONERS. Motion for leave to file submitted December 18, 1911. Decided January 9, 1912. Motion for leave to file petition for writ of prohibition denied. *Mr. Howard Taylor, Mr. A. S. Worthington* and *Mr. Charles L. Frailey* for the petitioners. *The Attorney General, The Solicitor General, Mr. Clarence R. Wilson* and *Mr. Henry S. Robbins* opposing.